UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID A. LARSON,<br><br>    Plaintiff,<br><br>  v.<br><br>LORETTA LYNCH, JOHN BRENNAN, F.B.I., COLIN SCHMITT, CIA, DOES I-X,<br><br>    Defendants. | No. EDCV 15–2106 SVW (AJW)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 11/22/16

_____
Stephen V. Wilson
United States District Judge